**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

United States of America
Plaintiff,
v.
Stanislav Sannikov
Defendant.

Case No.: 1:26−cv−00550
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 16, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Defendant's response to the Government's motion for judicial finding of waiver of the attorney−client privilege [7] is due by 4/30/2026. The Government's reply is due by 5/7/2026. A hearing and ruling on motion is set for 5/13/2026 at 9:15 a.m. in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.