IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 26 CV 550 |
| | ) | Judge Joan H. Lefkow |
| STANISLAV SANNIKOV, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S REPLY TO SANNIKOV'S RESPONSE TO THE GOVERNMENT'S MOTION FOR A JUDICIAL FINDING OF WAIVER OF ATTORNEY-CLIENT PRIVILEGE

Now comes the UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and replies to Sannikov's response to the government's motion for a judicial finding that Sannikov has waived his attorney-client privilege to certain communications. Sannikov does not object to the government's motion to the extent necessary to address the issue of the advice that Sannikov received regarding the immigration consequences of his plea. The government requests thirty days in which to contact Sannikov's counsel regarding this issue and then to respond to Sannikov's § 2255 petition.

Attached as Exhibit A is Sannikov's response, which the government received by mail on May 5, 2025. The document does not yet appear on the

docket for this case. The response indicates that Sannikov has reviewed the government's motion and he has no objection, with the following caveats:

- the court should recognize a waiver no broader than necessary to ensure the fairness of the proceedings;
- the court should authorize disclosure of only those communications specific to the claim;
- the sole issue Sannikov raised is the issue of advice of counsel regarding the immigration consequences of his plea;
- the waiver should be granted only to the extent necessary to reasonably address this issue, and
- Sannikov should be appointed counsel regarding this issue.

Exhibit A.

Government counsel has forwarded a copy of Sannikov's response to his trial counsel so that she is fully informed about the extent of his agreement to waive the attorney-client privilege.

The government objects to appointment of counsel at this time, subject to reconsideration in the event that this Court orders a hearing in this matter and Sannikov proves that he qualifies for appointed counsel. A § 2255 proceeding is an independent civil suit for which there is no constitutional right to appointment of counsel. *Pennsylvania v. Finley*, 481 U.S. 551, 555, 107 S.Ct. 1990, 95 L.Ed.2d 539 (1987); *see also Powell v. Davis*, 415 F.3d 722. 727 (7th Cir. 2005); *Pitsonbarger v. Gramley*, 141 F.3d 728, 737 (7th Cir. 1998); *Oliver v. United States*, 961 F.2d 1339 (7th Cir. 1992); *Rauter v. United States*, 871

F.2d 693 (7th Cir. 1989). Rule 8(c) of the Rules Governing Section 2255 Proceedings, however, allows for appointment of counsel for indigent prisoners if an evidentiary hearing is required. See Fed. R. Gov. § 2255 Cases 8(c). Additionally, if the interests of justice require, the Court may appoint counsel for "any financially eligible person" who seeks relief under § 2255. See 18 U.S.C. § 3006A(a)(2)(B).

Sannikov has not established that he is financially eligible to have counsel appointed for him under § 3006A(a)(2)(B). Additionally, at this early stage of the proceedings, the Court has not yet determined whether an evidentiary hearing is warranted. There is no basis for appointment of counsel at this time.

WHEREFORE, the government respectfully requests that this Court find that Sannikov has waived his attorney-client privilege, to the extent noted above and in his response brief, with respect to communications with trial counsel regarding the immigration consequences of pleading guilty. The government requests thirty days in which to contact Sannikov's counsel, discuss the matter with her within the parameters of the waiver, and thereafter file a response to the motion.

Respectfully Submitted,

ANDREW S. BOUTROS
United States Attorney

BY: /s/ *Madeleine S. Murphy*
MADELEINE S. MURPHY
Assistant U.S. Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604
(312) 886-2070

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the aforenamed document was served pursuant to the district court's ECF system as to ECF filers on May 7, 2026 and by U.S. mail on the below-identified individual, who is not an ECF filer:

Stanislav Sannikov
No. 63953-510
Special Mail Open only in the presence of the inmate
FCI Allenwood Low
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
White Deer, PA 17887

By: */s/ Madeleine S. Murphy*

MADELEINE S. MURPHY
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
312) 886 2070